July 21, 1977.

377 A.2d 161

Alside Supply Company, Appellant, v. Stone.

 Argued April 16, 1976. Mark L. Unatin, with him Kessler, Goldman & Unatin, for appellant; Susan H. Wilkie, with her Feldstein, Bloom, Grinberg, Stein & McKee, for appellee.

Order affirmed.

377 A.2d 161

Association of Property Owners of the Hideout, Inc., et al., Appellants, v. Boise Cascade Home and Land Corporation et al.

Submitted December 6, 1976. James W. McNulty, for appellants; Joseph John Notarianni and Howard J. Kaufman, for appellees.

Order affirmed.